## NATIONWIDE MUTUAL INS. CO. v. PREVATTE

No. 220P96

Case below: 122 N.C. App. 396

Petition by defendant (Prevatte) for discretionary review pursuant to G.S. 7A-31 denied 5 September 1996.

## N.C. CENTRAL UNIVERSITY v. TAYLOR

No. 282PA96

Case below: 122 N.C. App. 609

Petition by Attorney General for writ of supersedeas allowed 5 September 1996. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 5 September 1996.

## N.C. STEEL v. NATIONAL COUNCIL ON COMPENSATION INS.

No. 317PA96

Case below: 123 N.C. App. 163

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 5 September 1996.

## PACCAR FINANCIAL CORP. v. G&G TRUCKING, INC.

No. 231P96

Case below: 122 N.C. App. 396

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 September 1996.

## PARKER v. TURNER

No. 225P96

Case below: 122 N.C. App. 381

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 September 1996.